1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT JEFFREY NADEL, ) | No. CV 07-0407-PHX-EHC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| JOE ARPAIO and Detention Officer) Martin, ) | |
| Defendants. ) | |

This matter comes before the Court on the parties' Stipulated Motion to Dismiss All Claims and to withdraw pending Motions. (Doc. 228.) In a settlement conference held on August 13, 2010 in front of Magistrate Judge Pyle, settlement was reached. (Doc. 227.) Being fully advised in the premises, and good cause appearing,

**IT IS ORDERED** that the Stipulated Motion to Dismiss All Claims is granted.

**IT IS FURTHER ORDERED** that all of Plaintiff's claims against Defendants are dismissed with prejudice, with each party to bear his or its attorneys' fees and costs and to waive all rights of appeal.

///

///

///

**IT IS FURTHER ORDERED** that Plaintiff's pending Motion to Compel Reimbursement of Attorneys' Fees and Expenses Associated with Suspended Rule 30(b)(6) Deposition (Doc. 196) and Defendants' Cross-Motion for Sanctions (Doc. 210) are hereby withdrawn.

DATED this 10th day of September, 2010.

*[signature]*
Earl H. Carroll
United States District Judge